[No. 63341-4-I.   Division One.   February 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVIE GOLDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11620-1, Gregory P. Canova, J., entered April 13, 2009. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 63368-6-I.   Division One.   February 16, 2010.]

SANDRA INGALLS, *Respondent*, v. ICMA-RC SERVICES, LLC, *Defendant*, LYNNE E. BURGETT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-02657-2, Gerald L. Knight, J., entered March 27, 2009. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Leach, JJ.

[Nos. 63551-4-I; 63393-7-I;   Division One.   February 16, 2010.]
63394-5-I; 63552-2-I;
63553-1-I; 63395-3-I.

*In the Matter of the Dependency of* P.P.T. ET AL.

Appeals from a judgment of the Superior Court for King County, No. 08-7-01086-2, Ronald Kessler, J., entered March 25, 2009. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ. Now reported at 155 Wn. App. 257.

[No. 63828-9-I.   Division One.   February 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. R.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-01090-2, Carol A. Schapira, J., entered July 10, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.